In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-26-00186-CV
_____

STEPHANIE MICHELLE PERRY, Appellant

V.

WILL C. PERRY, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 25-06-09463

## MEMORANDUM OPINION

On May 8, 2026, Stephanie Michelle Perry, acting pro se, filed a notice of appeal from a final judgment signed on April 13, 2026. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an invoice for the filing fee for the appeal. By letter dated June 15, 2026, the Clerk notified the parties that Appellant has not paid the filing fee as directed in our letter and invoice previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellant. The notice warned Appellant that the appeal would be dismissed

without further notice unless Appellant paid the filing fee by June 30, 2026. As of this date, Appellant has failed to pay the filing fee as directed by this Court.

On May 8, 2026, the Clerk notified the parties that the record was due June 12, 2026. On June 12, 2026, the trial court clerk notified this Court that no payment arrangements for the record have been made. Also on June 12, 2026, the appellate clerk notified the parties that Appellant had not established indigent status and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of the foregoing, the Court did not receive a response.

Appellant has not paid the filing fee for the appeal, nor has Appellant explained why she has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id*. 5, 42.3(c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 5, 2026
Opinion Delivered August 6, 2026

Before Golemon, C.J., Johnson and Wright, JJ.

2